D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MSC SERVICES CORP., SID TOOL CO., INC.
(D/B/A MSC INDUSTRIAL SUPPLY CO.),

                        Plaintiffs,

              -against-

PRO SAFETY SUPPLIES, LLC

                        Defendant.

------------------------------------------------------------------ X

13 Civ. 04330

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ DEC 1 1 2013 ★

**LONG ISLAND OFFICE**

## STIPULATION OF DISMISSAL

The Parties have reached an agreement to settle this action which includes certain obligations to be performed by the Parties in the future pursuant to their Settlement Agreement. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of this action without prejudice at this time, and further stipulate that the dismissal shall be converted to a dismissal with prejudice upon Plaintiffs' receipt of a letter of compliance as provided pursuant to Section 4 of the Settlement Agreement by or before December 31, 2014, provided that Pro Safety has complied with the terms of the Agreement.

SO ORDERED.

s/ Sandra J. Feuerstein

U.S.D.J.       12/11/13

Respectfully submitted,

/s/ Michael R. Graif
Michael R. Graif
Eliot Lauer
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone: 212-696-6140
Fax: 917-368-8842

*ATTORNEYS FOR PLAINTIFFS*

12

16433260v6